IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| STANLEY SHEPHERD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:05-CV-1442-D |
| VS. | § | |
| | § | |
| DALLAS COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## AMENDED JUDGMENT

In a memorandum opinion and order filed March 6, 2008, the court granted in part and denied in part defendant Dallas County, Texas' ("Dallas County's") motion for summary judgment. The parties then tried plaintiff Stanley Shepherd's ("Shepherd's") remaining claim to a jury, which rendered a verdict on August 26, 2008 in favor of Shepherd.

Accordingly, it is ordered and adjudged that Shepherd recover judgment from Dallas County in the sum of $890,336.00, together with post-judgment interest thereon at the rate of 2.18% per annum.

Shepherd's taxable costs of court, as calculated by the clerk of court, are assessed against Dallas County.

Done at Dallas, Texas August 27, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE